GEORGE H. DONOHUE, Respondent, *v.* ROBERT C. McCORKLE, Appellant.

*Donohue* v. *McCorkle*, 149 App, Div. 925, appeal withdrawn. (Submitted December 9, 1912; decided December 17, 1912.)

MOTION for leave to withdraw an appeal from a judgment of the Appellate Division of the Supreme Court in the second judicial department, entered at the February term, 1912, affirming a judgment in favor of plaintiff.

The motion was made upon the ground of failure to prosecute the appeal.

*Charles Fox* for motion.

No one opposed.

Motion granted upon defendant, within twenty days, paying costs incurred to be taxed.

---

MARION G. CAMPION, by ADDISON S. PRATT, Her Guardian ad Litem, Appellant, *v.* JOHN M. FARLEY et al., Respondents, and MARY L. CAMPION, Appellant.

(Submitted December 9, 1912; decided December 17, 1912.)

Motion to modify remittitur granted, without costs. (See 206 N. Y. 728.)